THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **FIDELITY AND GUARANTY LIFE INSURANCE COMPANY,** | * | |
| PLAINTIFF, | * | |
| v. | * | CIVIL ACTION NO.:_____ |
| **ALFRED L. TAYLOR, et al.,** | * | |
| DEFENDANTS | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Fidelity and Guaranty Life Insurance Company's Motion to Allow Private Service of Process, it is this 10th day of Jan, 2002 by the United States District Court for the District of Maryland,

ORDERED that Defendant Alfred L. Taylor may be served original process through the use of private process servers.

_____
Judge, United States District Court for the District of Maryland